The Full Commission has reviewed the prior Order Approving Compromise Settlement Agreement based upon the Settlement Agreement submitted and signed by the parties, the accompanying medical records and the briefs and arguments on appeal. The appealing party has failed to show good ground to set aside the prior Order. Therefore, the Order Approving Compromise Settlement Agreement filed 16 June 1997 is affirmed and remains the final Order of the Commission.
Each side shall pay its own costs.
 S/ _________________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ ___________________ BERNADINE S. BALLANCE COMMISSIONER
S/ ___________________ LAURA K. MAVRETIC COMMISSIONER